**S. ALEXANDER v. STATE.**

No. 13649.

Court of Criminal Appeals of Texas.

June 4, 1930.

J. E. Garland, of Lamesa, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Selling intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.